UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Thomas Jones,

Plaintiff,

vs.

CERTIFICATE OF READINESS FOR TRIAL

Duluth, Missabe & Iron Range Railway Company, Inc.,

Defendant.

Civ. No. 01-1251(RLE)

* * * * * * * * * * * * * * * * * *

TO: All counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: July 31, 2002
At Duluth, Minnesota

FILED JUL 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________