UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Thomas Jones,

Plaintiff,

vs. ORDER OF DISMISSAL

Duluth, Missabe and Iron Range Railway Company, a corporation and subsidiary of Transtar Company, Inc., a corporation,

Defendant. Civ. No. 01-1251 (RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

DATED: February 11, 2003
At Duluth, Minnesota

FEB 11 2003

31